THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BEN E. BROWDER, Defendant-Appellant.

(No. 56827; ▮▮▮▮▮▮)

First District (1st Division)—July 2, 1973.

Opinion by Mr. JUSTICE HALLETT.
GOLDBERG, J., specially concurring.

James J. Doherty, Public Defender, of Chicago, (Kenneth N. Flaxman, and Shelvin Singer, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane, Terrence McQuigg, and Mark Zubor, Assistant State's Attorneys, of counsel,) for the People.